UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CAMILO JORDAN, also known as Camilo Jordon,

                Plaintiff,
    vs                                     9:08-CV-1323

RABINOWITZ; MR. RAMINENI; FERGUSON;
HARRIS; PHILLIPS; and KENNETH S. PERLMAN,

                Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

CAMILO JORDAN
Plaintiff, Pro Se
Apt 4 D
640 Water Street
New York, NY 10002

HON. ANDREW M. CUOMO                 CHRISTOPHER W. HALL, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Camilo Jordan, commenced this civil rights action in December 2008,

pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated August 24, 2010, the

Honorable David E. Peebles, United States Magistrate Judge, recommended that

defendants' motion for summary judgment (Docket No. 30) dismissing plaintiff's complaint be

granted and that plaintiff's complaint be dismissed in its entirety.  Plaintiff requested, and was

granted, an extension of time in which to submit objections to the Report-Recommendation; and further requested a court-appointed attorney to assist him in his response. However, no objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment (Docket No. 30) is GRANTED;

2. Plaintiff's complaint is DISMISSED in its entirety;

3. Plaintiff's request for a court-appointed attorney is DENIED as moot; and

3. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:  November  1, 2010
        Utica, New York.

                                                  _____
                                                  United States District Judge